UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SCOTT BELL; APRIL BELL,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>MEDTRONIC, INC; MEDTRONIC SOFAMOR DANEK USA, INC.,<br><br>　　　　　　Defendants.<br>――――――――――――――――――<br>RICHARD EIDSON,<br><br>　　　　　　Plaintiff,<br>　v.<br><br>MEDTRONIC, INC; MEDTRONIC SOFAMOR DANEK USA, INC.,<br><br>　　　　　　Defendants. | Case No.: 13-CV-01502-LHK<br>Related Case No.: 13-CV-2049-LHK<br><br>ORDER CONTINUING CASE MANAGEMENT CONFERENCE; SETTING CASE MANAGEMENT CONFERENCE AND HEARING DATE |

On July 24, 2013, the parties in *Bell v. Medtronic, et al.* filed a Joint Case Management Statement, No. 13-CV-01502, ECF No. 26, indicating that they wish to exchange initial disclosures, begin discovery, and set a case schedule on or after October 3, 2013, the date set for Defendants' pending Motion to Dismiss. Accordingly, the Court hereby CONTINUES the initial

1

Case No.: 13-CV-01502-LHK
　　　13-CV-02049-LHK
ORDER CONTINUING CASE MANAGEMENT CONFERENCE; SETTING CASE MANAGEMENT CONFERENCE AND HEARING DATE

Case Management Conference currently set for July 31, 2013, until the date and time of the motion hearing on October 3, 2013, at 1:30 p.m.

Additionally, on July 17, 2013, the Court granted an Order relating the two above-captioned cases. *See* No. 13-CV-02049, ECF No. 20. The Court hereby sets an initial Case Management Conference in the newly related case, *Eidson v. Medtronic, et al.*, No. 13-CV-01502-LHK, for October 3, 2013, at 1:30 p.m. Defendants shall re-notice their pending Motion to Dismiss in *Eidson v. Medtronic, et al.* for the same date and time.

Pursuant to Federal Rule of Civil Procedure 26(f) and Civil Local Rule 16-9(a), the parties in each case shall file Joint Case Management Statements by September 26, 2013.

**IT IS SO ORDERED.**

Dated: July 29, 2013

_____
LUCY H. KOH
United States District Judge

2
Case No.: 13-CV-01502-LHK
      13-CV-02049-LHK
ORDER CONTINUING CASE MANAGEMENT CONFERENCE; SETTING CASE MANAGEMENT CONFERENCE AND HEARING DATE