**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SCOTT BELL; APRIL BELL, )<br><br>Plaintiffs, )<br><br>v. )<br><br>MEDTRONIC, INC; MEDTRONIC SOFAMOR )<br>DANEK USA, INC., )<br><br>Defendants. )<br>_____ )<br>RICHARD EIDSON, )<br><br>Plaintiff, )<br>v. )<br><br>MEDTRONIC, INC; MEDTRONIC SOFAMOR )<br>DANEK USA, INC., )<br><br>Defendants. )<br>_____ ) | Case No.: 13-CV-01502-LHK<br>Related Case No.: 13-CV-2049-LHK<br><br>ORDER CONTINUING CASE<br>MANAGEMENT CONFERENCE;<br>SETTING CASE MANAGEMENT<br>CONFERENCE AND HEARING DATE |

On July 24, 2013, the parties in *Bell v. Medtronic, et al.* filed a Joint Case Management

Statement, No. 13-CV-01502, ECF No. 26, indicating that they wish to exchange initial

disclosures, begin discovery, and set a case schedule on or after October 3, 2013, the date set for

Defendants' pending Motion to Dismiss.  Accordingly, the Court hereby CONTINUES the initial

1

Case No.: 13-CV-01502-LHK
        13-CV-02049-LHK
ORDER CONTINUING CASE MANAGEMENT CONFERENCE; SETTING CASE MANAGEMENT
CONFERENCE AND HEARING DATE

Case Management Conference currently set for July 31, 2013, until the date and time of the motion hearing on October 3, 2013, at 1:30 p.m.

Additionally, on July 17, 2013, the Court granted an Order relating the two above-captioned cases. *See* No. 13-CV-02049, ECF No. 20.  The Court hereby sets an initial Case Management Conference in the newly related case, *Eidson v. Medtronic, et al.*, No. 13-CV-01502-LHK, for October 3, 2013, at 1:30 p.m.  Defendants shall re-notice their pending Motion to Dismiss in *Eidson v. Medtronic, et al.* for the same date and time.

Pursuant to Federal Rule of Civil Procedure 26(f) and Civil Local Rule 16-9(a), the parties in each case shall file Joint Case Management Statements by September 26, 2013.

**IT IS SO ORDERED.**

Dated: July 29, 2013

*Lucy H. Koh*
_____
LUCY H. KOH
United States District Judge

Case No.: 13-CV-01502-LHK
            13-CV-02049-LHK
ORDER CONTINUING CASE MANAGEMENT CONFERENCE; SETTING CASE MANAGEMENT
CONFERENCE AND HEARING DATE