UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SCOTT BELL AND APRIL BELL, ) | Case No.: 13-CV-01502-LHK |
| ) | |
| Plaintiffs, ) | |
| ) | **CASE MANAGEMENT ORDER** |
| v. ) | |
| ) | |
| MEDTRONIC, INC.; MEDTRONIC ) | |
| SOFAMOR DANEK USA, INC., ) | |
| ) | |
| Defendants. ) | |
| ) | |

The case management conference set for 9/10/2014 is vacated and continued to 12/10/2014 at 2:00 p.m.

The deadline for private mediation is December 31, 2014.

The parties have until September 8, 2014 to file on ECF any objections to the proposed schedule below.

The case schedule is set as follows:

LAST DAY TO AMEND PLEADINGS/ADD PARTISE: September 24, 2014

FACT DISCOVERY CUTOFF is July 30, 2015.

EXPERT DISCOVERY:
    Opening Reports: August 20, 2015
    Rebuttal Reports: September 10, 2015
    Cut-off: October 1, 2015

DISPOSITIVE MOTIONS shall be filed by October 22, 2015, and set for hearing on December 3, 2015, at 1:30 p.m. The Court will entertain only one summary judgment motion or motion for summary adjudication per side in this case.

PRETRIAL CONFERENCE DATE is January 21, 2016, at 1:30 p.m.

1

Case No.: 13-CV-01502-LHK
CASE MANAGEMENT ORDER

1  JURY TRIAL DATE is February 22, 2016, at 9 a.m. in courtroom 8, 4th floor.
2  TRIAL LENGTH is estimated to be 10 days.

3
4  **IT IS SO ORDERED.**

5  Dated: September 4, 2014



LUCY H. KOH
United States District Judge