UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| SCOTT BELL, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>MEDTRONIC, INC, et al.,<br><br>        Defendants. | Case No.: 13-CV-01502-LHK<br>Related Case No.: 13-CV-02049-LHK<br><br>**CASE MANAGEMENT ORDER** |

Plaintiffs' Attorney: Khaldoun Baghdadi
Defendants' Attorney: Michael Brown

A case management conference was held on March 11, 2015. A further case management conference is set for April 8, 2015, at 2:00 p.m. The parties shall file their joint case management statement by April 1, 2015.

The parties shall file a stipulation of dismissal without prejudice with a tolling agreement by March 20, 2015. The stipulation shall provide that the Court will retain jurisdiction to enforce the terms of the settlement agreement.

The parties shall file a stipulation of dismissal with prejudice by June 15, 2015.

All case deadlines remain as set.

1

Case No.: 13-CV-01502-LHK
CASE MANAGEMENT ORDER

1  **IT IS SO ORDERED.**

2  Dated: March 11, 2015

3  _____
   LUCY H. KOH
4  United States District Judge

2

Case No.: 13-CV-01502-LHK
CASE MANAGEMENT ORDER