LAW OFFICES OF
**WALKUP, MELODIA, KELLY & SCHOENBERGER**
A PROFESSIONAL CORPORATION

650 CALIFORNIA STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94108-2615
(415) 981-7210

KHALDOUN A. BAGHDADI (State Bar #190111)
kbaghdadi@walkuplawoffice.com
SARA M. PETERS (State Bar #260610)
speters@walkuplawoffice.com
**ATTORNEYS FOR PLAINTIFFS**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT BELL; APRIL BELL,<br><br>　　　　　　Plaintiffs,<br><br>　　　v.<br><br>MEDTRONIC, INC; MEDTRONIC SOFAMOR DANEK USA, INC.,<br><br>　　　　　　Defendants. | Case No. 5:13-cv-01502-LHK<br>[Related Case No. 13-cv-2049-LHK]<br><br>**[PROPOSED] ORDER DISMISSING CASE WITHOUT PREJUDICE**<br><br>Complaint Filed: April 3, 2013 |

Having Considered the Stipulation of the Parties, the Court hereby Orders as follows:

1. This action shall be dismissed without prejudice.

2. The Court shall retain jurisdiction to enforce the terms of the settlement.

3. Should plaintiff re-file this action, the parties agree that any applicable statute of limitations shall be tolled, and governed by the date of the filing of the initial complaint in this action (April 3, 2013).   The Clerk shall close the file.

IT IS SO ORDERED.

Dated: March 17, 2015

　　　　　　　　　　　　　　　　　*Lucy H. Koh*
　　　　　　　　　　　　　　　　THE HONORABLE LUCY KOH
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER DISMISSING CASE WITHOUT PREJUDICE - CASE NO. 5:13-CV-01502-LHK